# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16335-AMC

MARIETOU FANNY

2001 HAMILTON ST ATP 302

PHILADELPHIA, PA 19130-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARIETOU FANNY

    2001 HAMILTON ST ATP 302

    PHILADELPHIA, PA 19130-

**Counsel for debtor(s), by electronic notice only.**
    DAVID SCHOLL, ESQUIRE
    512 HOFFMAN ST

    PHILADELPHIA, PA 19148-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

        /s/ William C. Miller

Date: 12/6/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee