## IN THE UNITED STATES BANKRUPOTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**MARIETOU FANNY,**                    : CHAPTER 13
**Debtor**

: BANKRUPTCY NO. 17-16335

### DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

The Debtor has not delayed in prosecuting this case.  She is pursuing a loan modification which is critical to saving her home.  Motions for relief by her mortgage company and condominium association are off to April.  The Debtor recently remitted $300 to the trustee, as reflected by the attached receipts.  These payments put her ahead of her plan payment schedule.
.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this bankruptcy case.be denied.

Date:   March 26, 2018                    Attorney for Debtor

/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765