**MONEY ORDER**

47-038573151

RITE AID (ISSUING AGENT)

$ 200.00

PAY EXACTLY
PAY TO THE ORDER OF: William C. Miller

17-16335

⑈102100400⑈ 4047038573151⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE

* 47038573151 *

---

**MONEY ORDER**

47-039693713

RITE AID (ISSUING AGENT)

$ 100.00

PAY EXACTLY
PAY TO THE ORDER OF: William S. Miller

17-16335

⑈102100400⑈ 4047039693713⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE

* 47039693713 *