United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16335-amc
Marietou Fanny                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: May 09, 2018
                              Form ID: 152             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
```
db             +Marietou Fanny,    2001 Hamilton Street, Apt. 302,    Philadelphia, PA 19130-4200
13986573       +Cityview II Condominium Association,    c/o: Michelle J. Stranen, Esquire,
                 326 West State Street,    Media, PA 19063-2616
14045732       +Fay Servicing, LLC,    3000 Kellway Drive STE.150,    Carrollton, TX 75006-3357
14037028       +Wilmington Trust NA,    c/o Robertson, Anschutz & Schneid P.L.,    Bky. Dept.,
                 Kevin Buttery, Esq.,    6409 Congress Ave., Ste. 100,    Boca Raton, FL 33487-2853
14030585       +Wilmington Trust NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
14015525       +Wilmington Trust NA,    c/o Kevin G. McDonald, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2018 02:48:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2018 02:48:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14071612        E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:08     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13984923       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2018 02:44:43
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14021823       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2018 02:55:03      Verizon,
                 by American InfoSource LP as agent,    4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                    Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
```
              DAVID A. SCHOLL    on behalf of Debtor Marietou  Fanny judgescholl@gmail.com
              DAVID A. SCHOLL    on behalf of Plaintiff Marietou  Fanny judgescholl@gmail.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association et. al.
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association et. al.
               bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Trust, National Association et. al.
               bkgroup@kmllawgroup.com
              MICHELLE JEANNE STRANEN    on behalf of Defendant    CityView II Condominium Association
               mstranen@marcushoffman.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    CityView II Condominium Association
               mstranen@marcushoffman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
```

```
District/off: 0313-2           User: Randi                Page 2 of 2                  Date Rcvd: May 09, 2018
                               Form ID: 152               Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Marietou Fanny
    Debtor(s)

Case No: 17−16335−amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/5/18 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court