## DECLARATIONS

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

Coverage afforded by this policy is provided by:

State Farm Fire and Casualty Company
100 State Farm Place
Ballston Spa, NY 12020-3722

A Stock Company with Home Offices in Bloomington, Illinois.

| | |
|---|---|
| 78-EJ-D059-5 | **Policy Number** |

**Named Insured and Mailing Address**
FANNY, MARIETOU
2001 HAMILTON ST APT 302
PHILADELPHIA, PA 19130-4200

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

05/22/2018    **Effective Date**
              **12 months - Policy Period**
05/22/2019    **Expiration of Policy Period**

**Automatic Renewal** - If the Policy Period is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Limit of Liability - Section 1**
$60,000    Building Property (Coverage A)
$10,000    Personal Property (Coverage B)
$50,000    Loss Assessment (Coverage D)

**Limit of Liability - Section 2**
$300,000   Personal Liability (Coverage L) each occurrence
$1,000     Medical Payments (Coverage M) each occurrence

**Policy Type**   Condominium Unitowners Policy

**Deductibles - Section 1** $1,000
ALL LOSSES In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

**Policy Premium**    $605.00

**Location of Premises**
2001 HAMILTON ST APT 302
PHILADELPHIA, PA 19130-4200

**Forms, Options, & Endorsements**
Silverware and Goldware                    Home Computer
FP 7956 Condominium Unitowners Policy

**Mortgagee & Addl. Interests**
MORTGAGEE
DITECH FINANCIAL LLC ITS AFFILIATES AND OR ASSIGNS
PO BOX 979282
MIAMI, FL 33197-9282

**Agent Name & Address**
Hutcheon, Adam
1436 Fairmount Ave
PHILADELPHIA, PA 19130-2908
(215)765-2686

Prepared: 05-22-2018
559-916.5

Agent's Code: 96B1
**MORTGAGEE COPY**

PREMIUM NOTICE
STATE FARM INSURANCE COMPANIES
AGENT ISSUED DECLARATIONS

| POLICY NUMBER | BILLING PERIOD | AGENT CODE |
|---|---|---|
| 78-EJ-D059-5 | FROM 05/22/2018    TO 05/22/2019 | 96B1 |

**LOCATION**
2001 HAMILTON ST APT 302
PHILADELPHIA, PA 19130-4200

**INSURED**
FANNY, MARIETOU
2001 HAMILTON ST APT 302
PHILADELPHIA, PA 19130-4200

| | | |
|---|---|---|
| PREMIUM | $ | 605.00 |
| AMOUNT PAID | $ | 0.00 |
| CREDIT AMOUNT | $ | |
| AMOUNT DUE | $ | 605.00 |
| DATE DUE | | 06/25/2018 |

**MORTGAGEE & ADDL. INTERESTS**
MORTGAGEE
DITECH FINANCIAL LLC ITS AFFILIATES AND OR ASSIGNS
PO BOX 979282
MIAMI, FL 33197-9282

**AGENT NAME & ADDRESS**
Hutcheon, Adam
1436 Fairmount Ave
PHILADELPHIA, PA 19130-2908
(215)765-2686

This is the only notice you will receive. Please make check payable to **STATE FARM** and return it with this notice to the address shown below. Your canceled check is your receipt. Thanks for letting us serve you.

STATE FARM INSURANCE COMPANIES
100 State Farm Place
Ballston Spa, NY 12020-8000