IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marietou Fanny aka Marietu Fanny<br><br>Debtor | CHAPTER 13 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>Movant<br>vs. | NO. 17-16335 AMC |
| Marietou Fanny aka Marietu Fanny<br><br>Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>Trustee | |

**ORDER**

AND NOW, this 31st day of July, 2018, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 2001 Hamilton Street, #302, Philadelphia, PA 19130 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
United States Bankruptcy Judge

Marietou Fanny aka Marietu Fanny
2001 Hamilton Street, Apt. 302
Philadelphia, PA 19130

David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532