United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marietou Fanny  
    Debtor

Case No. 17-16335-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Aug 01, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.  
db           +Marietou Fanny,    2001 Hamilton Street, Apt. 302,    Philadelphia, PA 19130-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:

         DAVID A. SCHOLL    on behalf of Plaintiff Marietou  Fanny judgescholl@gmail.com  
         DAVID A. SCHOLL    on behalf of Debtor Marietou  Fanny judgescholl@gmail.com  
         JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,  
          ecfemails@ph13trustee.com  
         KEVIN G. MCDONALD     on behalf of Creditor    Wilmington Trust, National Association et. al.  
          bkgroup@kmllawgroup.com  
         KEVIN M. BUTTERY     on behalf of Creditor    Wilmington Trust, National Association et. al.  
          bkyefile@rasflaw.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor    Wilmington Trust, National Association et. al.  
          bkgroup@kmllawgroup.com  
         MICHELLE JEANNE STRANEN     on behalf of Defendant    CityView II Condominium Association  
          mstranen@marcushoffman.com  
         MICHELLE JEANNE STRANEN     on behalf of Creditor    CityView II Condominium Association  
          mstranen@marcushoffman.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    Wilmington Trust, National Association et. al.  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                  TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marietou Fanny aka Marietu Fanny<br><br>Debtor | CHAPTER 13 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>Movant<br>vs. | NO. 17-16335 AMC |
| Marietou Fanny aka Marietu Fanny<br><br>Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>Trustee | |

## ORDER

AND NOW, this 21st day of July, 2018, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 2001 Hamilton Street, #302, Philadelphia, PA 19130 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
United States Bankruptcy Judge

Marietou Fanny aka Marietu Fanny
2001 Hamilton Street, Apt. 302
Philadelphia, PA 19130

David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532