**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: MARIETOU FANNY,              :       CHAPTER 13

    Debtors                              : BANKRUPTCY NO. 17-16335

**CERTIFICATION OF SERVICE AND OF NO OBJECTION**

    I hereby certify that, on February14, 2019, I served notice of my Application for Compensation for services and costs in this case upon all interested parties and that I served a copy of the entire Application, the Notice, and this court's Order upon the Debtor, the Chapter 13 Standing Trustee, and the United States Trustee's office. I further certify that, as of March 8, 2019, no objection to the Application has been filed. As a result, the proposed Order attached to the Fee Application can be entered as uncontested.

Dated: March 11, 2019

-

    /s/ DAVID A. SCHOLL
    512 Hoffman Street
    Philadelphia, PA  19148
    610-550-1765
    Attorney for Debtor