IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
MARIETOU FANNY,                                : CHAPTER 13
Debtor

                                                   : BANKRUPTCY NO. 17-16335

## ORDER

AND NOW, this 13th day of March, 2019, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from September 15, 2017, through February 14, 2019, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of a total of $5000 for this period. The Trustee is authorized and directed to pay $1680 00 to the Applicant.

_____
Ashely M. Chan
United States Bankruptcy Judge