United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16335-amc
Marietou Fanny                                                        Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer          Page 1 of 1          Date Rcvd: Mar 14, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db             +Marietou Fanny,    2001 Hamilton Street, Apt. 302,    Philadelphia, PA 19130-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
          DAVID A. SCHOLL    on behalf of Plaintiff Marietou  Fanny judgescholl@gmail.com
          DAVID A. SCHOLL    on behalf of Debtor Marietou  Fanny judgescholl@gmail.com
          JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
          ecfemails@ph13trustee.com
          KARINA VELTER   on behalf of Creditor    Wilmington Trust, National Association
          amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association et. al.
          bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor    Wilmington Trust, National Association et. al.
          kbuttery@rascrane.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    Wilmington Trust, National Association et. al.
          bkgroup@kmllawgroup.com
          MEGAN N. HARPER   on behalf of Defendant   City of Philadelphia megan.harper@phila.gov,
          karena.blaylock@phila.gov
          MICHELLE JEANNE STRANEN   on behalf of Defendant   CityView II Condominium Association
          mstranen@marcushoffman.com
          MICHELLE JEANNE STRANEN   on behalf of Creditor   CityView II Condominium Association
          mstranen@marcushoffman.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Trust, National Association et. al.
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**MARIETOU FANNY,**                    : CHAPTER 13
**Debtor**

                                       : BANKRUPTCY NO. 17-16335

<u>**ORDER**</u>

AND NOW, this 13th day of March, 2019, upon consideration of the Fee

Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case,

for the period from September 15, 2017, through February 14, 2019, it is hereby ORDERED that

the Fee Application  of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is

GRANTED, and the Applicant is awarded compensation of a  total of $5000 for this period.  The

Trustee is authorized and directed to pay $1680 00 to the Applicant.

_____
Ashely M. Chan
United States Bankruptcy Judge