# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16335-AMC

MARIETOU  FANNY

2001 HAMILTON ST  ATP 302

PHILADELPHIA, PA 19130-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARIETOU  FANNY

2001 HAMILTON ST  ATP 302

PHILADELPHIA, PA 19130-

Counsel for debtor(s), by electronic notice only.

DAVID SCHOLL, ESQUIRE
512 HOFFMAN ST

PHILADELPHIA, PA 19148-

Date: 4/2/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee