Certificate Number: 01401-PAE-DE-034857453

Bankruptcy Case Number: 17-16335


01401-PAE-DE-034857453

# **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on <u>September 8, 2020</u>, at <u>4:33</u> o'clock <u>PM EDT</u>, <u>Marietou Fanny</u> completed a course on personal financial management given <u>by telephone</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 8, 2020</u>         By:      <u>/s/Jeremy Lark for David Delis</u>

                                                                     Name:   <u>David Delis</u>

                                                                     Title:   <u>Counselor</u>

Case 17-16335-amc    Doc 115    Filed 09/08/20    Entered 09/08/20 17:00:19    Desc Main
Document       Page 1 of 1