**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Marietou Fanny AKA Marietu Fanny** | : | Case No.: 17-16335 |
| | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

18-023609_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-16335** |
| **Marietou Fanny AKA Marietu Fanny** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Wilmington Trust, National Association,** : | **Related Document #** |
| **not in its individual capacity, but solely** : | |
| **as trustee for MFRA Trust 2014-2** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Marietou Fanny AKA Marietu Fanny** : | |
| : | |
| **William C. Miller** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

David A. Scholl, Attorney for Marietou Fanny AKA Marietu Fanny, 512 Hoffman Street, Philadelphia, PA  19148, judgescholl@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Marietou Fanny AKA Marietu Fanny, 2001 Hamilton Street, Apt. 302, Philadelphia, PA 19130

Marietou Fanny AKA Marietu Fanny, 2001 Hamilton St, Apt. 302, Philadelphia, PA  19130-4200

18-023609_PS

Chicago Title Insurance Company, c/o Scott M. Rothman, Esq., Halberstadt Curley, LLC, 1100 East Hector St., Suite 425, Conshohocken, PA 19428

Cityview II Condominium Association, c/o Marcus & Hoffman, 326 West State Street, Media, PA 19063

TD Bank, 15 Monument Square, Leominster, MA 01453

Wachovia Bank, PO Box 13687, Roanoke, VA 24036-3687

DATE: March 9, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-023609_PS